ELI LILLY AND COMPANY, A CORPORATION OF THE STATE OF INDIANA, PLAINTIFF-APPELLANT, v. SAV-ON-DRUGS, INC., A CORPORATION OF THE STATE OF NEW JERSEY, DEFENDANT-RESPONDENT.

Argued February 22, 1960—Decided March 7, 1960.

*Mr. Melvin P. Antell* argued the cause for the appellant (*Messrs. Lorentz & Stamler,* attorneys).

*Mr. Warren E. Dunn* argued the cause for the defendant-respondent (*Messrs. Lum, Fairlie & Foster,* attorneys; *Mr. Claus Motulsky,* of the New York bar, on the brief).

*Mr. Murry Brochin* argued the cause for the State of New Jersey, intervenor (*Mr. David D. Furman,* attorney).

PER CURIAM. The judgment is affirmed for the reasons expressed in the opinion of Judge Scherer in the court below.

*For affirmance*—Chief Justice WEINTRAUB, and Justices BURLING, JACOBS, FRANCIS, PROCTOR and SCHETTINO—6.

*For reversal*—Justice HALL—1.